E-FILED
Monday, 22 October, 2018 04:19:12 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-CR-20050 |
| ) | |
| MONTREAL BARHAM, ) | |
| ) | |
| Defendant. ) | |

### INFORMATION CONCERNING PRIOR CONVICTIONS

Pursuant to 21 U.S.C. § 851, the United States of America, by John E. Childress, United States Attorney for the Central District of Illinois, and Rachel E. Ritzer, Assistant United States Attorney, respectfully notifies the Court that it intends to rely on the following prior convictions of the defendant as a basis for an increased punishment in this case.

Count One of the Indictment charges Possession of 50 Grams or More of Methamphetamine with Intent to Distribute in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii). Prior to the filing of this Indictment, the defendant was convicted of the following controlled substance offense(s):

1) Possession of Controlled Substance with Intent to Deliver, Macon County, Illinois, Circuit Court case number 1998-CF-1450. Defendant pleaded guilty December 3, 1998.

2) Manufacture/Delivery of Cocaine, Macon County, Illinois, Circuit Court case number 2000-CF-1569. Defendant pleaded guilty January 10, 2001.

    3)     Possession of Controlled Substance, Macon County, Illinois, Circuit Court case number 2002-CF-892.  Defendant pleaded guilty August 13, 2002.

    4)     Manufacture/Delivery of Cocaine, Macon County, Illinois, Circuit Court case number 2006-CF-1295.  Defendant pleaded guilty March 29, 2007.

Accordingly, the United States gives notice, pursuant to 21 U.S.C. § 851(b)(1)(A)(viii), that, with two or more prior convictions for a final felony drug offense, upon a conviction of Count One of the Indictment, the defendant shall be sentenced to a mandatory term of life imprisonment without release, a fine not to exceed $20,000,000 and a mandatory $100 special assessment.  With only one prior conviction for a final felony drug offense, pursuant to 21 U.S.C. § 841(b)(1)(A)(viii), upon a conviction of Count One of the Indictment, the defendant shall be sentenced to a term of imprisonment that shall not be less than 20 years and not more than life imprisonment, a term of supervised release of at least 10 years in addition to such term of imprisonment, a fine not to exceed $20,000,000 and a mandatory $100 special assessment.

Pursuant to 21 U.S.C. § 851(b), any challenge to a prior conviction that is not made before sentence is imposed may not thereafter be raised to attack the sentence.  Pursuant to 21 U.S.C. § 851(c), if the defendant denies any allegation of this information

of prior conviction or claims that any conviction alleged is invalid, he should file a written response to the information.

Respectfully submitted,

JOHN E. CHILDRESS
UNITED STATES ATTORNEY

*s/ Rachel E. Ritzer*
Rachel E. Ritzer, Illinois Bar No. 6309905
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone:  (217) 373-5875
rachel.ritzer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*s/ Rachel E. Ritzer*
Rachel E. Ritzer, Illinois Bar No. 6309905
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone:  (217) 373-5875
rachel.ritzer@usdoj.gov