UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONTREAL BARHAM,<br><br>Defendant. | No. 18-20050-JES-EIL |

## SENTENCING COMMENTARY

Defendant MONTREAL BARHAM, through his attorney Johanes Maliza of the Federal Public Defender's Office for the Central District of Illinois, pursuant to the Order on the Implementation of Sentencing Guidelines and 18 U.S.C. § 3553(a), hereby files this commentary on sentencing.

1.　Mr. Barham recommends a sentence of: (a) 120 months in the custody of the Bureau of Prisons; (b) 5 years of supervised release; (c) no fine; (d) no restitution; and (e) the mandatory special assessment is sufficient but not greater than necessary to meet the sentencing aims of 18 U.S.C. § 3553(a).

2.　Mr. Barham does not intend to present any live witness testimony at the sentencing hearing.  Mr. Barham intends to waive this opportunity only because the United States has indicated that it agrees that Macon County Case No. 00-CF-1569 is not a Serious Drug Felony under the meaning of 21 U.S.C. § 802(57).  If the Court agrees with the Parties, Mr. Barham therefore has no need to present live testimony.  If the Court does not agree with the Parties, that is, if the Court intends to rule that Macon County Case

No. 00-CF-1569 *is* a Serious Drug Felony, then Mr. Barham will request of the Court a continuance. The continuance will be necessary to present a live witness from the Illinois Department of Corrections, who will testify that Mr. Barham was released from custody on Case No. 00-CF-1569 on June 18, 2003.

3. Mr. Barham submits the attached character letters on his behalf, and asks that the Court review them prior to the hearing.

4. Mr. Barham asks that the Court plan for at least 10 minutes of oral argument regarding the question of whether the United States' remaining § 851 notice was properly filed.

5. Mr. Barham requests that the Court recommend he serve his time as near as possible to Decatur, Illinois, so he may be with his family.

6. Mr. Barham requests that the Court recommend he be enrolled in the Residential Drug Abuse Program while at BOP.

WHEREFORE Defendant respectfully a sentence of: (a) 120 months in the custody of the Bureau of Prisons; (b) 5 years of supervised release; (c) no fine; (d) no restitution; and (e) the mandatory special assessment.

Respectfully submitted,

August 19, 2019

MONTREAL BARHAM, Defendant,

THOMAS PATTON, Federal Public Defender

By: s/ Johanes Maliza  
Johanes C. Maliza (6323056)  
Assistant Federal Public Defender  
600 E. Adams St., Third Floor  
Springfield, IL 62701

Telephone: 217-492-5070
Facsimile: 217-492-5077
E-mail: johanes_maliza@fd.org

3

CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/ Johanes C. Maliza